# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNKIND CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIRAMAR PROFESSIONAL SERVICES; and MIRAMAR HEALTH SUPPLY COOPERATIVE, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-1686-BAS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (ECF No. 13)** |

　　　　Before the Court is the parties' Joint Motion pursuant to Federal Rule ("Rule") 41(a)(1)(A)(ii) to dismiss with prejudice the instant action.  (Joint Mot., ECF No. 13.) Under Rule 41(a)(1)(A, a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A)(ii), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2017).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules in this district require that where, as here,

litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

Having considered the parties' request, the Court **GRANTS** the Joint Motion before it (ECF No. 13.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 27, 2023

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedural Manual, United States District Court for the Southern District of California.